IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN HURLEY, et al | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 18-cv-05320-JD |
| BMW OF NORTH AMERICA, LLC et al | : | |
| Defendants | : | |

**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANT BMW OF NORTH AMERICA, LLC TO PRODUCE DOCUMENTS**

THIS MATTER comes before the Court on Plaintiffs' Motion to Compel Defendant BMW of North America, LLC to produce documents. Having reviewed the parties' submissions and following counsel's oral argument,

**IT IS HEREBY ORDERED** on this 27th day of April 2021 THAT,

A. Having found good cause, Plaintiffs' Motion is **GRANTED**; and

B. Within fourteen (14) of the entry of this ORDER, Defendant BMW of North America, LLC shall produce to Plaintiffs the documents identified in its *Bang* Class Action Production Index as:

   a. Technical Training Manual for N63 Engine (3/1/2011) [Begin Bates 1096 – End Bates 1158];

   b. Individual Customer Warranty / Goodwill Records Data (Oil Consumption) [Begin Bates 10889 – End Bates 11058];

   c. Customer Service Request Details of Individual Customers (Oil Consumption) [Begin Bates 14099 – End Bates 18814]

BY THE COURT:

*s/Richard A. Lloret*
**RICHARD A. LLORET**
**U.S. MAGISTRATE JUDGE**