## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN HURLEY, MICHAEL WOOD, FRANCIS TALORICCO, JR. and RENEE DOUGHERTY** | : : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **BMW OF NORTH AMERICA, LLC** | : | **NO. 18-5320** |

## ORDER

**NOW**, this 8th day of December, 2021, upon consideration of the parties' cross-motions for summary judgment (ECF Nos. 83 and 86), the parties' responses and the defendant's reply, it is **ORDERED** that the motions are **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.