# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN HURLEY, MICHAEL WOOD, FRANCIS TALORICCO, JR. and RENEE DOUGHERTY** | : : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **BMW OF NORTH AMERICA, LLC** | : | **NO. 18-5320** |

## ORDER

**NOW**, this 8th day of February, 2022, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

/s/ TIMOTHY J. SAVAGE J.