**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Stephen Hurley, Michael Wood, Francis Taloricco, Jr. and Renee Dougherty, <br><br> Plaintiffs, <br><br> vs. <br><br> BMW of North America, LLC, <br><br> Defendant. | : <br> : <br> : <br> : <br> : Civil Action No.: 2:18-cv-05320-JD <br> : <br> : <br> : <br> : <br> : |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO REOPEN CASE AND ENFORCE THE SETTLEMENT AGREEMENT**

PLEASE TAKE NOTICE that Plaintiffs Stephen Hurley, Michael Wood, Francis Taloricco, Jr. and Renee Dougherty hereby withdraw their Motion to Reopen Case and Enforce the Settlement Agreement (Dkt. No. 144) which was filed on April 11, 2022.

Dated: April 19, 2022

Respectfully submitted,

By:   */s/ Sergei Lemberg*
Sergei Lemberg
LEMBERG LAW L.L.C.
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Email: slemberg@lemberglaw.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on April 19, 2022, a copy of the foregoing was served electronically by the U.S. District Court for the Eastern District of Pennsylvania Electronic Document Filing System (ECF) and the document is available on that system.

By */s/ Sergei Lemberg*
Sergei Lemberg