IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN HURLEY, MICHAEL WOOD, FRANCIS TALORICCO, JR. and RENEE DOUGHERTY | : : : : | CIVIL ACTION |
| v. | : : | |
| BMW OF NORTH AMERICA, LLC | : | NO. 18-5320 |

## ORDER

**NOW,** this 20th day of April, 2022, upon consideration of the Notice of Withdrawal of Plaintiffs' Motion to Reopen Case and Enforce the Settlement Agreement (Doc. No. 146), it is **ORDERED** that the motion shall be marked **WITHDRAWN**.

/s/ TIMOTHY J. SAVAGE J.